# UNITED STATES BANKRUPTCY COURT
# Northern District of California

In re: **Daniel D. Jones**  **Treana E. Caine-Jones**  Case No. _____
**5665**  **6257**  Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                           Creditor's Name

   **None**

   b. *Property To Be Retained.*               *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. **1998 Chevrolet** | **Redwood Credit Union** | | | | |
| 2. **Petitioners Residence:1780 East Hill Road, Willits** | **Redwood Credit Union** | | | | |

Date: **5/6/2005**                                  **s/ Daniel D. Jones**
                                                    Signature of Debtor

Date: **5/6/2005**                                  **s/ Treana E. Caine-Jones**
                                                    Signature of Joint Debtor